# Court of Appeals
# of the State of Georgia

ATLANTA, November 07, 2016

*The Court of Appeals hereby passes the following order*

**A17I0051. CITY OF ATLANTA v. JUSTIN GRAHAM.**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

15EV000202



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta, November 07, 2016.*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*